KC FILED

FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# In The United States District Court

## For The Northern District

## Of Illinois

Case no _____

Steven Johnson

Vs

Elgin Mental Health Center et,al

08CV1042
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

### Motion for Appointment of Counsel

Now comes Steven Johnson, in want of counsel, and submits the following to wit; motion for appointment of counsel. The plaintiff submits that the plaintiff "Steven Johnson" is in want of counsel and the Elgin Mental Health Center is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents. The plaintiff prays that this court appoints the undersigned counsel.


Respectfully Submitted


Steven Johnson in want of counsel.