cH

2/13/08

UNITED STATES District
Court for the Northern
District of Illinois

Steven Johnson
vs
Elgin MENTAL Health center et, al.

08CV1042
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

This suit has no case number & it is in the original form needs to be filed and assigned a case number & A copy needs to be sent to the Plaintiff at the Elgin Mental Health center Due to the Patient case manager not sending his Mail out the Plaintiff has to send the Mail out Through Another Detainee at the Institution. Send a Stamp copy Back.

Respectfully Submitted
Steven Johnson

KC FILED
FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT