## In The United States District Court
## For The Northern District
## Of Illinois

Steven Johnson

Vs

Elgin Mental Health Center et,al

Case No. _____

### Cover Sheet

Dear Mr. Dobbins,

    Included with this are three (3) copies of my suit, affidavit to go I.F.P., and motion for appointment of counsel. The institution where I am confined won't sign my I.F.P. form so please make sure the judge is made aware of the affidavit. Also please file stamp my copy and send it back to me for my personal records. Thank you for your time

Steven Johnson in want of counsel.

```
08CV1042
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
```

FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT