pg (1) of (8)

original copy YM

(1) of (1)

UNITED STATES District Court
Northern District of Illinois
Eastern Division

Johnson VS Elgin Mental Health center ET, AL

08 CV 1042
JUDGE COAR

# FILED

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 7 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

        I STEVEN JOHNSON SWEAR under
the pain & penalty of perjury that I'm
unable to write & Due to this the
following Pre-Trial Detainee has Assisted
me in ADDressing the court, Due to
the Defendant's Allowing my Rights to
Be Violated by other patients & Staff
located at the "Elgin Mental Health
Center. Due To My Mental Illness I'm in
want of Counsel & Request Such from
the court. thank you.

Date                    Respectfully Submitted
2/26/08                 Steven Johnson

Pg (1) of (2)

UNITED STATES DISTRICT COURT
Northern District of Illinois
EASTERN Division

Johnson VS Elgin mental Health center, ET,AL

08CV 1042
Judge COAR

NOTICE OF filing

To CLERK of the
United States District
Court Northern District
of Illinois 219 S. DeaRBorn
Chicago, IL 60604

**FILED**

MAR 7 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE, That the UNdersigned
has caused to be filed this 26 day of
Feb, 2008 the following document in the
above - captioned case with the United
States District court, Northern District
of Illinois, EASTERN Division, copies
of which are herewith provided.

1. Bill QuiA Timet                          2/26/07
2. NOTICE OF filing
                                          Steven Johnson

pg (1) of (8)

# UNITED STATES District Court
## For The Northern District
## of Illinois

Steven Johnson                    08 CV 142

        VS                        JUDGE COAR

Elgin Mental Health Center ET,A

# F I L E D

MAR 7 2008 YM

MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

Bill Quia Timet

Now Comes the Undersigned Steven Johnson on Behalf of the named plaintiff in the above-captioned action and himself (the "Undersigned") and as, and for a Bill Quia Timet because he fears, among other things, this Court condones the state of Illinois restraining the liberty of the Undersigned and similarly situated individuals in institutions devoid of Constitutionally acceptable law library facilities or constitutionally Acceptable alternative legal resources sufficient to enable the Undersigned to exercise his fundamental right of access to the court and in support thereof shows to the court as follows:

Pg (1) of (4)

## facts

THE STATE OF Illinois presently detains the UNDERSigned, a pre-Trial detainee, in the Elgin Mental Health center (the "center"), Kane County, Illinois, in violation of the constitutions of the United States (the "constitutions"). THE Center lacks constitutionally Acceptable Law Library facilities as Articulated by the Supreme court of the United States. See, e.g. Bounds vs Smith, 430 U.S. 817 (1977), Lewis vs Casey, 518 U.S. 343 (1996), and Word vs Kort, 762 F.2d 856, 858 (1985) ( that individuals confined within mental institutions have the Same fundamental Right of Access to the courts as prisoners within penal institutions). The center also lacks a constitutionally Acceptable Alternative to adequate law Library facilities having no Available experts trained in the law to assist detainees in the preparation of legal document Necessary to exercise their fundamental Right of Access to the court in order to vindicate fundamental and Statutory Rights.

Pg (1) of (5)

## FEARS

THE Undersigned fears the "State Actors" Are Knowingly and willfully Violating the pre-Trial Detainee's Rights, because the federal government is giving the facility Money for the program which in Nature is Violating Pre-Trial Detainee's Rights

THE Undersigned fears Without An Administrative Agrievance program the facility is Knowingly coveringup their fault and the patients can-not Address the program without the facility covering up their Wrong doings.

THE Undersigned fears the Doctors, Case Managers, & the Nurses have Knowledge of their Wrong doing, & wont Correct their Mistakes, due to the "State Actors" have to Record Such Misconduct in Their own Records.

THE Undersigned fears that this court will overlook or Respond with deliberate indifference to the center's Knowing, willful, and deliberate Maintenance

Pg (1) of (6)

of a detention facility that violates
the constitutional mandate regarding
adequate legal resources for detainees
to have meaningful access to the courts
to vindicate their RIGHTS

THE UNDersigned fears that the facility
Knowingly doesn't have AN ADministrative
Remedy program, because of the Mandates
Which the "Elgin Mental Health center"
ADministration can be Sued for their
lack of Assistants in the Violations
Against pre-trial Detainees & Patients,
also (NGRi).

<u>Conclusion</u>

THE Undersigned fears that because he is
Not of caucasion extraction, but is of a
racial minority class, the center and
State Actors mistreat the Undersigned
Because they deem him merely a second-
class citizen not entitled to constitutional
safeguards.

Respectfully Submitted
Steven Johnson

8/26/08

Pg (1) of (7)

## UNITED STATES DISTRICT COURT
## Northern District of Illinois
## EASTERN Division

JoHnson vs Elgin Mental Health center ET
AL

## CERTIFICATION OF Service

TO CLERK OF THE court
   219 S DearBorn
   CHiCaGo, ILLinois
   60604

The Undersigned Steven JoHnson
Being confinied and incercerated
in Violation of the Constitution of the
United States, does hereby certify that
He has on this 26 day of FeB, 2008,
Cause a copy of the following documents
filed in connection with the above-
captioned case to be Served on the
above individuals by causing Same to
be place in the U.S. Mail depository
for outgoing mail of the Elgin mental
Health center, 750 South state Street
Elgin, Illinois 60123, First-class postage

Pg (1) of (8)
Pre paid; and ADDress as above indicated.

1. Bill QUIA TINET; and
2. NoTice of filing


Steven Johnson                    2/26/08



Illinois Department of Human Services
Elgin Mental Health Center
750 South State Street
Elgin, Illinois 60123-7692

CAROL STREAM IL 601

"LET US DARE TO READ,
THINK, SPEAK"

RECEIVED
MAR 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
Clerk of The U.S.
District court
219 S. Dearborn Chicago