pg(1) of (2)



In The United States
District Court for the Northern
District of Illinois
Eastern Division

Steven Johnson vs Elgin Mental Health
Center ET, AL

        08 cv 1042
        Judge Coar
        Magistrate Judge
        Schenkier

Notice of filing

Please take notice that the Undersign as cause the notice of filing to be sent to the court on the date of 19th of March 2008 U.S. postal Mail from the location of 750 S. State Street Elgin, Illinois 60123

Steven Johnson          3/19/08
in want of counsel

MAR 2 4 2008

1) Bill quia timet
2) Notice of Filing

**FILED**

MAR 2 4 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Pg (2) of (2)

In the United States District Court for the Northern District of Illinois
Eastern Division

Steven Johnson vs Elgin Mental Health Center, et. al

08 cv1042
Judge COAR
Magistrate Judge Schenkier

NOTICE OF MOTION

Comes now Steven Johnson in want of counsel & seeks for the court to review the Bill Quia Timet on the date of March 26, 2008.

Steven Johnson    3/19/08
in want of counsel

In The United States
District Court for the
Northern District of Illinois
Eastern Division

Steven Johnson vs Elgin Mental Healthcenter
Et, Al

08CV1042
Judge Coar
Magistrate Judge
Schenkier

Bill Quia Timet

Comes Now the Undersigned Steven Johnson in want of counsel in the above-captioned action and himself ("the Undersigned") and, as, and for a Bill Quia Timet because he fears, among other things, this court condones the State Actors Denying the Pre-trial Detainee's Right to have excess to the court to Address the Constitutional violation, which the "State Actors" have inflicted on the pre-Trial Detainee, Due to the Lack of protection & the Deliberate indifferents for the Plaintiff's Safety.

Facts

On 12/28/07 in case Report 07-12-1835 the Plaintiff suffer & Battery at the facility

The officers came & reviewed the incident & wrote a report the incident was recorded, in the report the Plaintiff informed the officer he fear among other things that the staff at the Elgin Mental Health Center was really worried about the safety of the plaintiff.

The Plaintiff has submitted a 42 U.S.C. 1983 Suit & it was filed Feb 12, 2008 as of this day the courts haven't answer the complaint, & Plaintiff fears the "State Actors" will hide evidence to do away with the issues.

The Plaintiff fears due to their is no Administrative Remedies in the facility the Treatment-Team will continue to misused their power to inflict harm on the undersigned and anyother individuals who speaks up.

As of today the Pre-Trial Detainee's are in fear at the Elgin Mental Health Center, due to the conditions of confinement the "Patients" have no voice & the institution outside the facility want correctly handled the matter in an acceptable manner.

The Plaintiff fears & submits the original Police Report & more material

Will come from Patients stating their fears at the hands of the "State Actors."

## Conclusion

The Undersigned fears that because he is not of Caucasian extraction, but is of a Racial minority class, the Center & State actors Mistreat the Undersign because they deem him merely a Second-class citizen not entitled to constitutional safeguards the Undersign fears State actors & this court deems any Rights of the Undersign to be merely a Matter of legislative "grace" subject to the whims & Arbitrary of the court. The Undersign fears his present Unlawful Restraint of his Liberty is of little concern to State actors who are influencing this court to the detriment of the Undersign. Respectfully Submitted

Steven Johnson                 3/19/08

In The United States District
Court Northern District
of Illinois
Eastern Division

Steven Johnson vs Elgin Mental Health
Center ET, AL

        08 CY 1042
        Judge Coar
   Magistrate Judge Schenkien
   Certificate of Service

Comes Now Steven Johnson & Submits the following in want of counsel & Submit he has Sent U.S. Postal mail a copy of the following.

1) Bill Quia Timet
2) Notice of Filing

Steven Johnson    3/19/08

**Elgin Police Department**
151 Douglas Avenue
Elgin, Illinois 60120-5003



EXHIBIT (A)

**Lisa Womack**
Chief of Police

March 11, 2008

Steven Johnson
750 S State St.
Elgin, IL  60123

Re:  Freedom of Information Act Request Number PD- 08-227

Dear Steven Johnson;

In response to your Freedom of Information Request for a police report No – 07-12-1835, the police report is enclosed.

Sincerely,

Lori Taylor
Elgin Police Department
Records Division
151 Douglas Av
Elgin, IL  60120
847-289-2586



EXHIBIT (B)

## ELGIN POLICE DEPARTMENT

**GENERAL INCIDENT REPORT**

1. Route To: Traffic ☐ MID ☒ Patrol ☐ Juvenile ☐ Other ___
2. Incident Description: BATTERY
   - Beat: 701
   - Case Report No.: 07-12-1835
4. Type Premise: MENTAL HOSPITAL
5. Date Occurred: 12/25/07
6. Time Occurred: 0700
7. Date Reported: 12/25/07
8. Location of Incident: 750 S. STATE
   - County: KANE
9. Time Dispatched: 1513
10. Time Arrived: 1519
12. Victim's Name: JOHNSON, STEVEN J.
    - Sex: M　Race: B　DOB: 07/19/64
13. Address: 750 S. STATE, ELGIN, IL 60123 G-UNIT
14. Home Phone: 847-742-1040
18. Victim/Suspect Relationship: INMATES
19. Nature and extent of injuries: MINOR BRUISING ON FOREHEAD
20. Transported to hospital by: N/A
21. Hospital Name: EMHC
22. Name of Physician: EMHC STAFF
27. Location of Victim/Occupants at time of incident: DAY ROOM

**Other Persons Involved:**

| No. | Code | Name | Sex | Race | DOB | Home Address | Home Phone |
|---|---|---|---|---|---|---|---|
| 2 | S | FOSTER, TITUS K | M | B | 01/21/81 | SAA | SAA |

31. Weapon or Tool Used: HANDS

44. Narrative: ON 12/25/07 AT 1513 HRS R/O WAS DISPATCHED TO EMHC, 750 S. STATE, IN REFERENCE A PAST BATTERY. UPON ARRIVAL R/O SPOKE WITH VICTIM JOHNSON WHO RELATED THE FOLLOWING IN SUMMARY: HE STATED AT 0700 HRS. HE WAS WATCHING TV WHEN SUSPECT FOSTER WALKED UP AND PUNCHED HIM ON THE FOREHEAD TWICE. FOSTER THEN WALKED AWAY. HE STATED THE INCIDENT WAS UNPROVOKED; HE WAS NOT TALKING WITH FOSTER PRIOR TO

45. First Officer Assigned: DICKMAN　Badge: 317
46. Assisting Officer Assigned: KUTA　Badge: 311
48. Officer Reporting: DICKMAN　Badge: 317
49. Supervisor Review: SGT JD　Badge: 134

**NARRATIVE:** Describe suspects clothing, physical characteristics, unusual characteristics, missing body parts, wore masks, words used, speech, impediments, walk. If suspect is arrested, state in custody and where held, and make a complete list of charges and aliases or nicknames. Include statements by witnesses and victim. Specify distance of witnesses from scene, lighting conditions, obstructions, etc. Make certain each element of the offense is present and evidence, witness statements and suspect execution of the offense are related to the element of the offense. Use property sheet for evidence collected, stolen and recovered items. Show in narrative where found and disposed of. Enter leads or Isperm message No.

THE INCIDENT. HE HAS NO HISTORY OF PROBLEMS WITH FOSTER. HE WANTED THE INCIDENT DOCUMENTED BECAUSE HE WAS CONCERNED THAT THE STAFF WOULD NOT ADDRESS THE ISSUE.

R/O OBSERVED MINOR BRUISES ON BOTH SIDES OF JOHNSON'S FOREHEAD. HE WAS TREATED BY EMHC MEDICAL STAFF.

R/O SPOKE WITH SUSPECT FOSTER WHO RELATED THE FOLLOWING IN SUMMARY: HE STATED HE WAS UPSET BECAUSE HIS BEST FRIEND WAS SENT BACK TO COOK COUNTY JAIL & HE SAW JOHNSON AND WALKED UP AND PUNCHED HIM. HE STATED JOHNSON DID NOTHING TO PROVOKE HIM.

THIS REPORT IS FOR INFORMATIONAL PURPOSES ONLY AT THIS TIME.

#717

Case Report No. 07-12-1835