MHN

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

STEVEN JOHNSON Vs ELGIN Health Center, ET, AL

FILED
4-1-2008
APR 01 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil case no. 08 cv 1042

08 cv 1042

## Notice of Filing

PLEASE TAKE NOTICE the Undersign Steven Johnson in want of counsel & states that he has cause to be filed on the date 31 March, 2008, & has cause to be sent U.S. via hand mail from 750 S. State Street, Elgin Illinois, 60123

1) Notice of Filing
2) Motion To Proceed Under I.F.P.

3-31-08
Date

Respectfully submitted
~~[struck out]~~
STEVEN JOHNSON
IN WANT OF COUNSEL

IN The United States District Court Northern District of Illinois Eastern Division

Steven Johnson Vs Elgin Mental Health Center ET, AL.

FILED
4-1-2008
APR 01 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil case No. 08CV1042
Judge COAR   08CV1042

Motion To proceed Under I.F.P.

Now comes, Steven Johnson in want of counsel & state that under the penalty of Perdury as following: The Undersign is without the funds & pursuant to 28 U.S.C. §§ 1915 & state the Undersign is without the funds to pay the Filing free.

The Plaintiff states the Elgin Mental Health Center ET, AL & it Agencts want Sign the original I.P.F. & want Allow the Plaintiff to recieve the forms Due to Numberous Suits have been filed by other "Patient"...

3-31-08                                    Respectfully Submitted
Date                                       Steven Johnson in
                                           Want of Counsel

IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN
DIVISION

STEVEN JOHNSON VS ELGIN MENTAL Health
CENTER, ET AL

Civil Case No. 08 CV 1042
08CV 1042

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTE that the Undersign
STEVEN JOHNSON'S states THE United
State District Clerk on tHE Above date
Noted 31 March, 2008 the Plaintiff has
place in the U.S. Mail one (1) copy of
THE following:

1.) Notice of filing
2.) Motion To Proceed I.F.P.

3-31-08                            Respectfully Submitted
Date                               STEVEN JOHNSON in
                                   Want of counsel