United States District court for the northern District of Illinois Eastern Division

Johnson vs Elgin mental Health center ET, AL
(08cv1042)
4-22-08
08 CV 1042
David H. Coar

Sworn Affidavit

Now comes Larry M. Banks, and state under the Penalty of Perjury states the Elgin mental Health center refuse to sign their signature on the Plaintiff case, it was the same way in Banks, inc vs EMHC ET, AL civil no. 07 CV 6654 the matters continue to manifest their Self by the ADministration failure to assist in the Assistants of signing the I.F.P. form. I Larry M. Banks submits this statement as a witness only.

FILED
Apr 24, 2008
APR 24 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted
Larry a. Banks, inc

Steven Johnson