# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1042 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Steven Johnson v. Elgin Mental Health Center, et al. | | |

**DOCKET ENTRY TEXT:**

The Court denies Plaintiff's motions for leave to file *in forma pauperis* [10, 13] without prejudice to reconsideration should he renew his motion in compliance with this order. Plaintiff is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $350 filing fee. The Clerk is directed to send Plaintiff an *in forma pauperis* application along with a copy of this order and to send a copy of this order to the Trust Fund Officer at Elgin Mental Health Center. The Trust Fund Officer is directed to assist Plaintiff in complying with this order.

■ [For further details see text below.]                                            Docketing to mail notices.

## STATEMENT

        The Clerk has accepted this *pro se* civil rights complaint for docketing pursuant to Fed. R. Civ. P. 5(e) even though it was not submitted in compliance with the rules of this court. N.D. Ill. Local Rule 3.3 requires that persons lodging new lawsuits must either pay the statutory filing fee or file a petition for leave to proceed *in forma pauperis,* using the court's form and signing under penalty of perjury. The form requires inmates to obtain a certificate stating the amount of money they have on deposit in their trust fund account. Although Plaintiff is detained at the Elgin Mental Health Center and not a prisoner, he has a trust fund account at the facility.

        Plaintiff states that the institution will not sign the certificate or otherwise help Plaintiff to comply without a court order. The Court accordingly directs the Trust Fund Officer at Elgin Mental Health Center to assist Plaintiff in completing his *in forma pauperis* application.

        Plaintiff must file a new motion for leave to file *in forma pauperis* on the court's form and have an authorized official provide information regarding Plaintiff's trust fund account, including a copy of his trust fund account. Plaintiff must also write the case number in the space provided for it. Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the suit. *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

DATED:  MAY 19, 2008                          /s/David H. Coar
                                              David H. Coar, U.S. District Judge

| | Courtroom Deputy Initials: | CLH |
|---|---|---|