CH

FILED
MAY 2 7 2008
May 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN The UNited STATES District court
For the NorThern District
of Illinois

Steven Johnson VS Elgin mental Health center, Et, Al

civil No. 08 CV 1042

# MoTion To Compel the court.

COMES NOW Steven Johnson in WANT of cousel, AND Submits the Following: MOTION to compel the court. AS of 5-20-08 An Answer WAS entered from Judge Coar in the Docket text, which informed the Plaintiff ("Johnson") to comply with the Rule 28 U.S.C. 1915(a).

(1) THE Plaintiff ("Johnson") States he needs a coort order Sent to the ADministrative Tajeem Ibraham order the facility to do their part on Signing the I.F.P Form without the staff doing their part the court will continue to deny such Motion pursuant to 28 U.S.C. 1915(a).

(2) The plaintiff ("Johnson") continues to Get assistance from pre-Trial Detainee's Paul olsson & Larry N. Banks who are Assisting ("Johnson") in the proper forum to Address his constitutional claims

pursuant to Bounds VS Smith, the facility is intentionally Depriving ("Johnson") of a Remedy to Address his claim before the federal Forum pursuant to 42 U.S.C. 1983.

(3) Due To Their's No Administrative Agrievance proceeding in the facility their No one who ("Johnson") can Address his claims to making it a Deliberate indifferents to Get redress in the case of Johnson VS Elgin.

(4) The Plaintiff ("Johnson") Submitted a Sworn Affidavit to the court from Mr Banks, which stated in his suits against the facility Judge Daw in case no 07cv 5654 Allowed the Plaintiff ("Banks") to proceed without the facility signing the form.

(5) The Plaintiff (Johnson) states the court is using 28 U.S.C. 1915(a) as a Tool to intentionally Deny Justice to the Plaintiff (Johnson) when He Knows that their's a colorable claim before the court.

(6) As of Today 5-21-08 the court continues to illegally deny Such Remedies which the federal Forum Affords to citizen of the U.S. of America under title 42 §§ 1983.

(7) A INJUSTICE has ACCURED At the HANDS OF the DEFENdant's Name in the Suit & EVidence is RiGHT Before the Court, And the court willFully INtentionally DENY Relief to the Plaintiff's is a Miscaggier OF JusticE.

(8) The 28 U.S.C.§1915 (a) Shouldn't Be used so Abitrarily when Applies to Pro'se plaintiff's when Filing Title 42.

(9) THE Plaintiff ("Johnson") continues to informs the courts of the continual Violation on Behalf of "State Actor" Elgin Mental Health center, ET, AL 08 CV 1042

(10) The Plaintiff ("Johnson") has Set-Forth a colorable claim under the Title 42 U.S.C. §1983 Civil Rights Act.

(11) The Defendants have violated the Plaintiff federal constitutional Right, and violated color of state law, and the court is using 28 U.S.C.§1915(a) to Deny the plaintiff, because I'm poor.

Respectfully SuBmitteD

[signature]

Date

5-21-08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS

STEVEN JOHNSON VS ELGIN MENTAL HEALTH CENTER, ET. AL

Civil No. 08 CV 1042

# Certificate of Service

Now comes STEVEN Johnson in want of Counsel, and submits I have sent U.S. Vial postal mail MICHAEL W. DOBBINS located 219 S. DEARBORN, Chicago, Illinois 60604 From the Location of 750 S. State STREET, Elgin Illinois 60123

Date
5-21-08

Respectfully Submitted
Steven Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS

STEVEN Johnson VS ElGin MENTAL Health CENTER, ET. AL

civil No. 08CV1042

# NOTICE OF FILING

COMES NOW STEVEN JOHNSON in want of counsel and submits He has served the clerk MICHAEL W. DOBBINS located at 219 S. DearBorn, chicago Illinois, 60604 U.S. postal mail from the Location of 750 S. State STREET ELGIN, Illinois 60123 on the 22, day of March 2008.

Date
5-21-08

RESPECTFULLY SUBMITTED
[signature]

FILED

MAY 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT