In The United States District court
For The Northern District
of Illinois

Steven Johnson Vs Elgin Mental Health Center,
E.T. Al.

civil no 08 cv 1042

## Notice of Motion

Comes Now Steven Johnson in want of counsel, and submits that he would like to Motion up a Status Hearing For Two Weeks From, Now due to the Plaintiff Mental Status He's without Knowledge to put forth a colorable claim that would meet minimal constitutional standards or mandates. As of 5-20-08 I the Plaintiff would like to Motion the Status date for 5-29-08, and pray that I could recieve counsel to assist.

Date
5/21/08

Respectfully Submitted
Steven Johnson

FILED

MAY 27 2008
May 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT