| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Steven Johnson | 08C1042  08cv1042 |
| DEFENDANT | TYPE OF PROCESS |
| Elgin Mental Health Center, et al. | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Elgin Mental Health Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 750 S. State Street, Elgin, IL 60123

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven Johnson, C/O Elgin Mental Health Center
750 S. State Street
Elgin, IL 60123

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
Jul 14, 2008
JUL 14 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF □ DEFENDANT | TELEPHONE NUMBER | DATE 06-24-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 of 5 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  TD | Date 06-24-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Tina Schoffield    Executive Secretary

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/2/08    Time: 4:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee 120.00 | Total Mileage Charges (including endeavors) 42.68 | Forwarding Fee 0 | Total Charges 162.68 | Advance Deposits 0 | Amount owed to U.S. Marshal or 162.68 | Amount of Refund 0 |
|---|---|---|---|---|---|---|

REMARKS:  2½ hr.   88 miles RT

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|