**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1042 |
|---|---|

*Steven Johnson v. Elgin Mental Health Center, et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant:  Elgin Mental Health Center

| |
|---|
| NAME (Type or print) <br> SHIRLEY R. CALLOWAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Shirley R. Calloway |
| FIRM <br> Office of the Illinois Attorney General |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6222055 | TELEPHONE NUMBER <br> (312) 814-5581 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO __ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO __ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL __    APPOINTED COUNSEL __