IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN JOHNSON , | ) | |
| | ) | No. 08 C 1042 |
| Plaintiff, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| ELGIN MENTAL HEALTH CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the defendant, ELGIN MENTAL HEALTH CENTER, by and through its attorney, LISA MADIGAN, Attorney General of Illinois and pursuant to the Federal Rules of Civil Procedure, Section 6(b), respectfully seeks an order for an enlargement of time within which to answer or otherwise plead in this cause. In further support, the defendant states as follows:

1. This matter was first filed on or about February 19, 2008 alleging what appears to be a purported civil rights claim against the defendants. Summons was received by Defendant Elgin Mental Health Center on or about July 2, 2008. Defendant requested counsel on or about July 21, 2008, and must answer or otherwise plead by July 22, 2008.

2. To the best of counsel's knowledge, the remaining defendants have not yet been served or have just been served, but have not yet requested counsel. It is likely that the remaining defendants will also be represented by counsel, upon their request.

3. Due to the timing of the request for representation, the nature of the allegations, and conflicting schedules, defense counsel has not had the opportunity to fully confer with its client in order to properly answer or otherwise plead to this matter.

1

4.	The granting of this motion will not prejudice the plaintiff whereas the denial of this motion will greatly prejudice the defendants.

5.	This motion is not brought for dilatory purposes or for purposes of delay.

WHEREFORE, the defendant, ELGIN MENTAL HEALTH CENTER respectfully requests that the Court enlarge the time within which they may answer, or otherwise plead, to August 22, 2008.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

*s/Shirley R. Calloway*
SHIRLEY R. CALLOWAY
Assistant Attorney General
Office of the Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois  60601
(312) 814-5581