

**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:**      Clerk's Office

**From:**    Tamar De.Costa

**Date:**    August 1, 2008

**Re:**      Case#08C1042

I am returning the attached case#08C1042 Steven Johnson vs. Elgin Mental Health Center, et al. I did not receive the (4)requested USM 285 forms mailed on June 24, 2008 requesting the address of the defendant's to be served. The Marshals Service is unable to serve process without the requested information.

Tamar
Civil Process

F I L E D
Aug 5, 2008
AUG 05 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**   Raul Almazar

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:   Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:__M. Cowan_
Deputy Clerk_

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                            Signature of Server

                                    _____
                                    Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**   Dr. Watrous

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:   Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:   M. Cowan
Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                              Signature of Server

_____
                                                                 Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

### SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**   Dr. Husain

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name  : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:   Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:   M. Cowan
Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                        Date                                Signature of Server


                                            _____
                                            Address of Server


^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

### SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**   Jeff Farris

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:   Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:  M. Cowan
Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.  Name of person with whom the summons and complaint were left:
_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                      Signature of Server

                                                  _____

                                                  Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1042 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Steven Johnson v. Elgin Mental Health Center, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [17] is granted. The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■ [For further details see text below.]

Docketing to mail notices.

---

### STATEMENT

Plaintiff's motion for leave to file *in forma pauperis* is granted. Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former employee who can no longer be found at the work address provided by Plaintiff, the Elgin Mental Health Center shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, Clk
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
DATE: 6/24/08

| | | Courtroom Deputy Initials: | CLH |
|---|---|---|---|

Page 1 of 1

AO 440 (REV. 10/93) Summons In a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**    Raul Almazar

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:    Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:  M. Cowan
Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____

             Date                        Signature of Server

_____

             Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## CONSENT TO EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

v.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Date

_____
Signature

Note:  Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

(Rev. 05/00)

# Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

Michael W. Dobbins
Clerk of Court

(Revised 05/00)

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**  Dr. Watrous

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:  Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:__ M. Cowan __
Deputy Clerk

Dated: 6/24/08

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served: _____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted: _____

[ ]   Other (specify): _____

_____

_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                        Signature of Server

                                                        _____
                                                        Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

V.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Date

_____
Signature

Note:  Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

(Rev. 05/00)

# Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

Michael W. Dobbins
Clerk of Court

(Revised 05/00)

AO440 (REV. 10/93) Summons In a Civil Action

# United States District Court
### Northern District of Illinois

## SUMMONS IN A CIVIL ACTION

Steven Johnson

**CASE NUMBER**: 08cv1042

vs.

**JUDGE:** Coar

Elgin Mental Health Center, et al

**TO:**   Dr. Husain

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:   Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:   M. Cowan
       Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                        Signature of Server

_____
Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### CONSENT TO EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

v.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____                    _____
Date                                                         Signature

Note:   Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

(Rev. 05/00)

# Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

Michael W. Dobbins
Clerk of Court

(Revised 05/00)

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Steven Johnson

vs.

Elgin Mental Health Center, et al

**CASE NUMBER**: 08cv1042

**JUDGE:** Coar

**TO:**    Jeff Farris

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name : Steven Johnson c/o Elgin Mental Health Center

Address: 750 S. State Street

City:    Elgin, IL 60123

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By:__M. Cowan__
Deputy Clerk

Dated: 6/24/08

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
       discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                              Signature of Server

                                              _____
                                              Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

V.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Date

_____
Signature

Note: Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

(Rev. 05/00)

# Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

Michael W. Dobbins
Clerk of Court

(Revised 05/00)

**RECEIVED** cH

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## In the United States District
## Court for the Northern District
## Eastern Division

Steven Johnson

Vs.

Elgin Mental Health Center

Case No. _____

Raul Almazar Individual Capacity and Official Capacity

Dr. Watrous Individual Capacity and Official Capacity

Dr. Husain Individual Capacity and Official Capacity

Jeff Farris Individual Capacity and Official Capacity

Capacity as State Employees

08CV1042
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

### 42 U.S.C. 1983 Northern District Suit

Now comes Steven Johnson, in want of counsel, and submits the 42 U.S.C. 1983 Northern District which gives jurisdiction to this court. The plaintiff invokes Haines v Kerner because he is being denied constitutionally acceptable law library facilities or the constitutionally acceptable alternative method for researching and preparing legal documents. The plaintiff is seeking declaratory relief as well as injunctive relief.

### Count 1: Negligence

1) The plaintiff is a pre-trial detainee at the Elgin Mental Health Center located at 750. S. State street Elgin, Illinois 60123.

2) On the Morning of December 28, 2007, at approximately 7:00 a.m., the plaintiff was sitting in the "day room" in the "F" unit at the facility.

3) The plaintiff was kicked in the head and punched in the head by a fellow patient "Titus Foster".

4) On the evening of December 23, 2007, The attacker "Titus Foster" assaulted two other patients with a plastic pipe which was used to hold up the curtains in his room.

5) Titus's first victim is confined to a wheelchair, and was in his room sleeping when Titus came in and starting beating him.

6) The staff didn't intervene or take any measures to stop Titus while he was beating the fellow detainee.

7) Titus then came out into the "day room" and assaulted an elderly man with the same pipe.

8) There was a staff member in the day room, but she (Debbie) didn't intervene, but instead started yelling at Titus which appeared to only aggravate Titus even more.

9) During the assault on December 23, 2007, the staff during the time didn't attempt to intervene, but watched and yelled while Titus Foster kept hitting a fellow detainee.

10) During the assault on the plaintiff the staff didn't stop or prevent Titus from striking the plaintiff, but waited for Titus to calm down.

11) During both assaults the staff called security, but by the time the security came to the unit Titus was finished with his assault on his own volition.

12) The plaintiff suffered at the hands of the accuser (Titus Foster) who is out of control

13) The patients on the unit have file grievances to the staff and administration, but the staff and administration appears to be deliberately indifferent to the dangerous conditions at the facility.

14) The attacker is still in "F" unit with the three (3) victims.

15) The staff and administration has done nothing to prevent such attacks from happening in the future.

16) The staff, named in this suit, have continuously allowed the patient's rights to be violated.

### Count 2: Denial of Fundamental right of access to the courts

1) Due to the fact that the facility is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents, the Elgin Mental Health Center is violating the constitutional rights of all the detainees including the plaintiff.

2) Fellow detainees have filed multiple grievances to the administration and staff, but the Elgin Mental Health center and its staff remain deliberately indifferent to the fact that they are violating the detainees fundamental constitutional rights of access to the courts. (See exhibits)

### Concluding Remarks

The plaintiff, Steven Johnson, has suffered at the hands of the named defendants for failure to protect the patient from harm. After the attack, the plaintiff was placed back in "F" unit where his attacker "Titus Foster" is still being detained. The plaintiff asked for a picture to be taken of his bruised head, but the center has failed to do so in an apparent attempt to "play down" the severity of the attack.

The plaintiff states that the defendant's actions, due to their neglect and deliberate indifference, caused the plaintiff to suffer from mental anguish as well as physical anguish.

The plaintiff fears that the Elgin Mental Health center knowingly, willingly, and deliberately maintain unconstitutional conditions so that the patients are unable to redress themselves of the negligence of the administrative and staff.

### **Grounds for Relief**

The plaintiff seeks to be awarded nominal damages for violation of the constitution under the 14th and 8th amendment. Also, plaintiff seeks monetary funds for mental anguish in the amount of $250,000 U.S.D. for both violations.

Respectfully Submitted

Steven Johnson in want of counsel

RECEIVED

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

### In the United States District
### Court for the Northern District
### Eastern Division

Steven Johnson

Vs.

Elgin Mental Health Center

case no. _____

Raul Almazar Individual Capacity and Official Capacity

Dr. Watrous Individual Capacity and Official Capacity

Dr. Husain Individual Capacity and Official Capacity

Jeff Farris Individual Capacity and Official Capacity

Capacity as State Employees

**08CV1042**
**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

## 42 U.S.C. 1983 Northern District Suit

Now comes Steven Johnson, in want of counsel, and submits the 42 U.S.C. 1983 Northern District which gives jurisdiction to this court. The plaintiff invokes Haines v Kerner because he is being denied constitutionally acceptable law library facilities or the constitutionally acceptable alternative method for researching and preparing legal documents. The plaintiff is seeking declaratory relief as well as injunctive relief.

### Count 1: Negligence

1) The plaintiff is a pre-trial detainee at the Elgin Mental Health Center located at 750. S. State street Elgin, Illinois 60123.

2) On the Morning of December 28, 2007, at approximately 7:00 a.m., the plaintiff was sitting in the "day room" in the "F" unit at the facility.

3) The plaintiff was kicked in the head and punched in the head by a fellow patient "Titus Foster".

4) On the evening of December 23, 2007, The attacker "Titus Foster" assaulted two other patients with a plastic pipe which was used to hold up the curtains in his room.

5) Titus's first victim is confined to a wheelchair, and was in his room sleeping when Titus came in and starting beating him.

6) The staff didn't intervene or take any measures to stop Titus while he was beating the fellow detainee.

7) Titus then came out into the "day room" and assaulted an elderly man with the same pipe.

8) There was a staff member in the day room, but she (Debbie) didn't intervene, but instead started yelling at Titus which appeared to only aggravate Titus even more.

9) During the assault on December 23, 2007, the staff during the time didn't attempt to intervene, but watched and yelled while Titus Foster kept hitting a fellow detainee.

10) During the assault on the plaintiff the staff didn't stop or prevent Titus from striking the plaintiff, but waited for Titus to calm down.

11) During both assaults the staff called security, but by the time the security came to the unit Titus was finished with his assault on his own volition.

12) The plaintiff suffered at the hands of the accuser (Titus Foster) who is out of control

13) The patients on the unit have file grievances to the staff and administration, but the staff and administration appears to be deliberately indifferent to the dangerous conditions at the facility.

14) The attacker is still in "F" unit with the three (3) victims.

15) The staff and administration has done nothing to prevent such attacks from happening in the future.

16) The staff, named in this suit, have continuously allowed the patient's rights to be violated.

### Count 2: Denial of Fundamental right of access to the courts

1) Due to the fact that the facility is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents, the Elgin Mental Health Center is violating the constitutional rights of all the detainees including the plaintiff.

2)  Fellow detainees have filed multiple grievances to the administration and staff,
but the Elgin Mental Health center and its staff remain deliberately indifferent to
the fact that they are violating the detainees fundamental constitutional rights of
access to the courts. (See exhibits)

### Concluding Remarks

The plaintiff, Steven Johnson, has suffered at the hands of the named defendants
for failure to protect the patient from harm.  After the attack, the plaintiff was placed
back in "F" unit where his attacker "Titus Foster" is still being detained.  The plaintiff
asked for a picture to be taken of his bruised head, but the center has failed to do so in
an apparent attempt to "play down" the severity of the attack.

The plaintiff states that the defendant's actions, due to their neglect and deliberate
indifference, caused the plaintiff to suffer from mental anguish as well as physical
anguish.

The plaintiff fears that the Elgin Mental Health center knowingly, willingly, and
deliberately maintain unconstitutional conditions so that the patients are unable to
redress themselves of the negligence of the administrative and staff.

### Grounds for Relief

The plaintiff seeks to be awarded nominal damages for violation of the
constitution under the 14th and 8th amendment. Also, plaintiff seeks monetary funds
for mental anguish in the amount of $250,000 U.S.D. for both violations.


Respectfully Submitted



Steven Johnson in want of counsel

RECEIVED

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

### In the United States District
### Court for the Northern District
### Eastern Division

Steven Johnson

Vs.

Elgin Mental Health Center

Raul Almazar Individual Capacity and Official Capacity

Dr. Watrous Individual Capacity and Official Capacity

Dr. Husain Individual Capacity and Official Capacity

Jeff Farris Individual Capacity and Official Capacity

Capacity as State Employees

case no. _____

**08CV1042**
**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

## 42 U.S.C. 1983 Northern District Suit

Now comes Steven Johnson, in want of counsel, and submits the 42 U.S.C. 1983
Northern District which gives jurisdiction to this court. The plaintiff invokes Haines v
Kerner because he is being denied constitutionally acceptable law library facilities or the
constitutionally acceptable alternative method for researching and preparing legal
documents. The plaintiff is seeking declaratory relief as well as injunctive relief.

### Count 1: Negligence

1) The plaintiff is a pre-trial detainee at the Elgin Mental Health Center located at
   750. S. State street Elgin, Illinois 60123.

2) On the Morning of December 28, 2007, at approximately 7:00 a.m., the plaintiff
   was sitting in the "day room" in the "F" unit at the facility.

3) The plaintiff was kicked in the head and punched in the head by a fellow patient
   "Titus Foster".

4) On the evening of December 23, 2007, The attacker "Titus Foster" assaulted two
   other patients with a plastic pipe which was used to hold up the curtains in his
   room.

5) Titus's first victim is confined to a wheelchair, and was in his room sleeping when Titus came in and starting beating him.

6) The staff didn't intervene or take any measures to stop Titus while he was beating the fellow detainee.

7) Titus then came out into the "day room" and assaulted an elderly man with the same pipe.

8) There was a staff member in the day room, but she (Debbie) didn't intervene, but instead started yelling at Titus which appeared to only aggravate Titus even more.

9) During the assault on December 23, 2007, the staff during the time didn't attempt to intervene, but watched and yelled while Titus Foster kept hitting a fellow detainee.

10) During the assault on the plaintiff the staff didn't stop or prevent Titus from striking the plaintiff, but waited for Titus to calm down.

11) During both assaults the staff called security, but by the time the security came to the unit Titus was finished with his assault on his own volition.

12) The plaintiff suffered at the hands of the accuser (Titus Foster) who is out of control

13) The patients on the unit have file grievances to the staff and administration, but the staff and administration appears to be deliberately indifferent to the dangerous conditions at the facility.

14) The attacker is still in "F" unit with the three (3) victims.

15) The staff and administration has done nothing to prevent such attacks from happening in the future.

16) The staff, named in this suit, have continuously allowed the patient's rights to be violated.

### Count 2: Denial of Fundamental right of access to the courts

1) Due to the fact that the facility is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents, the Elgin Mental Health Center is violating the constitutional rights of all the detainees including the plaintiff.

2) Fellow detainees have filed multiple grievances to the administration and staff, but the Elgin Mental Health center and its staff remain deliberately indifferent to the fact that they are violating the detainees fundamental constitutional rights of access to the courts. (See exhibits)

## Concluding Remarks

The plaintiff, Steven Johnson, has suffered at the hands of the named defendants for failure to protect the patient from harm. After the attack, the plaintiff was placed back in "F" unit where his attacker "Titus Foster" is still being detained. The plaintiff asked for a picture to be taken of his bruised head, but the center has failed to do so in an apparent attempt to "play down" the severity of the attack.

The plaintiff states that the defendant's actions, due to their neglect and deliberate indifference, caused the plaintiff to suffer from mental anguish as well as physical anguish.

The plaintiff fears that the Elgin Mental Health center knowingly, willingly, and deliberately maintain unconstitutional conditions so that the patients are unable to redress themselves of the negligence of the administrative and staff.

## Grounds for Relief

The plaintiff seeks to be awarded nominal damages for violation of the constitution under the 14th and 8th amendment. Also, plaintiff seeks monetary funds for mental anguish in the amount of $250,000 U.S.D. for both violations.

Respectfully Submitted

Steven Johnson in want of counsel

RECEIVED

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

In the United States District

Court for the Northern District

Eastern Division

Steven Johnson

Vs.

Elgin Mental Health Center                                    Case no. _____

Raul Almazar Individual Capacity and Official Capacity

Dr. Watrous Individual Capacity and Official Capacity

Dr. Husain Individual Capacity and Official Capacity          08CV1042
                                                              JUDGE COAR
Jeff Farris Individual Capacity and Official Capacity         MAGISTRATE JUDGE SCHENKIER

Capacity as State Employees

## 42 U.S.C. 1983 Northern District Suit

Now comes Steven Johnson, in want of counsel, and submits the 42 U.S.C. 1983
Northern District which gives jurisdiction to this court. The plaintiff invokes Haines v
Kerner because he is being denied constitutionally acceptable law library facilities or the
constitutionally acceptable alternative method for researching and preparing legal
documents. The plaintiff is seeking declaratory relief as well as injunctive relief.

### Count 1: Negligence

1) The plaintiff is a pre-trial detainee at the Elgin Mental Health Center located at
   750. S. State street Elgin, Illinois 60123.

2) On the Morning of December 28, 2007, at approximately 7:00 a.m., the plaintiff
   was sitting in the "day room" in the "F" unit at the facility.

3) The plaintiff was kicked in the head and punched in the head by a fellow patient
   "Titus Foster".

4) On the evening of December 23, 2007, The attacker "Titus Foster" assaulted two
   other patients with a plastic pipe which was used to hold up the curtains in his
   room.

5) Titus's first victim is confined to a wheelchair, and was in his room sleeping when Titus came in and starting beating him.

6) The staff didn't intervene or take any measures to stop Titus while he was beating the fellow detainee.

7) Titus then came out into the "day room" and assaulted an elderly man with the same pipe.

8) There was a staff member in the day room, but she (Debbie) didn't intervene, but instead started yelling at Titus which appeared to only aggravate Titus even more.

9) During the assault on December 23, 2007, the staff during the time didn't attempt to intervene, but watched and yelled while Titus Foster kept hitting a fellow detainee.

10) During the assault on the plaintiff the staff didn't stop or prevent Titus from striking the plaintiff, but waited for Titus to calm down.

11) During both assaults the staff called security, but by the time the security came to the unit Titus was finished with his assault on his own volition.

12) The plaintiff suffered at the hands of the accuser (Titus Foster) who is out of control

13) The patients on the unit have file grievances to the staff and administration, but the staff and administration appears to be deliberately indifferent to the dangerous conditions at the facility.

14) The attacker is still in "F" unit with the three (3) victims.

15) The staff and administration has done nothing to prevent such attacks from happening in the future.

16) The staff, named in this suit, have continuously allowed the patient's rights to be violated.

## Count 2: Denial of Fundamental right of access to the courts

1) Due to the fact that the facility is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents, the Elgin Mental Health Center is violating the constitutional rights of all the detainees including the plaintiff.

2) Fellow detainees have filed multiple grievances to the administration and staff, but the Elgin Mental Health center and its staff remain deliberately indifferent to the fact that they are violating the detainees fundamental constitutional rights of access to the courts. (See exhibits)

### Concluding Remarks

The plaintiff, Steven Johnson, has suffered at the hands of the named defendants for failure to protect the patient from harm. After the attack, the plaintiff was placed back in "F" unit where his attacker "Titus Foster" is still being detained. The plaintiff asked for a picture to be taken of his bruised head, but the center has failed to do so in an apparent attempt to "play down" the severity of the attack.

The plaintiff states that the defendant's actions, due to their neglect and deliberate indifference, caused the plaintiff to suffer from mental anguish as well as physical anguish.

The plaintiff fears that the Elgin Mental Health center knowingly, willingly, and deliberately maintain unconstitutional conditions so that the patients are unable to redress themselves of the negligence of the administrative and staff.

### Grounds for Relief

The plaintiff seeks to be awarded nominal damages for violation of the constitution under the 14th and 8th amendment. Also, plaintiff seeks monetary funds for mental anguish in the amount of $250,000 U.S.D. for both violations.


Respectfully Submitted



Steven Johnson in want of counsel