IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN JOHNSON , | ) | |
| | ) | No. 08 C 1042 |
| Plaintiff, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| ELGIN MENTAL HEALTH CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COMES the defendant, ELGIN MENTAL HEALTH CENTER ("Elgin"), by and through its attorney, LISA MADIGAN, Attorney General of Illinois, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss the complaint for failure to state a claim upon which relief can be granted. In further support thereof, the defendant states as follows:

1. Plaintiff may not bring a claim for damages under 42 U.S.C. § 1983 against a state agency.

2. Plaintiff may not bring a negligence claim under 42 U.S.C. § 1983.

3. Plaintiff has failed to state a claim of denial of access to the courts.

4. Defendant Elgin has filed a supplemental supporting memorandum of law attached hereto.

WHEREFORE, ELGIN MENTAL HEALTH CENTER respectfully requests that this Honorable Court dismiss the complaint with prejudice.

Respectfully submitted by:

|  |  |
|---|---|
| LISA MADIGAN<br>Illinois Attorney General | /s/ *Shirley R. Calloway*<br>Shirley R. Calloway<br>Assistant Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581<br>ARDC No. 6222055 |