IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN JOHNSON , | ) | |
| | ) | No. 08 C 1042 |
| Plaintiff, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| ELGIN MENTAL HEALTH CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

Steven Johnson
c/o Elgin Mental Health Center
750 State Street
Elgin, IL 60123

    **PLEASE TAKE NOTICE** that on Thursday, August 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or whomever may be sitting in his stead, Room 1419 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the referenced **DEFENDANT ELGIN MENTAL HEALTH CENTER'S MOTION TO DISMISS.**

                                            Respectfully submitted,

LISA MADIGAN                                        *s/ Shirley R. Calloway*
Attorney General of Illinois                  Shirley R. Calloway
                                                   Assistant Attorney General
                                                   Office of the Attorney General
                                                   General Law Bureau
                                                   100 West Randolph Street, 13th Floor
                                                   Chicago, Illinois  60601
                                                   (312) 814- 5581

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing pleading with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

I hereby certify that on August 22, 2008, I served a copy of **DEFENDANT ELGIN MENTAL HEALTH CENTER'S MOTION TO DISMISS**, via U.S. Mail, postage pre-paid, on the following non-CM/ECF participants:

Steven Johnson
c/o Elgin Mental Health Center
750 State Street
Elgin, IL 60123

*s/ Shirley R. Calloway*