**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Steven Johnson

                                Plaintiff,

v.                                                                   Case No.: 1:08–cv–01042
                                                                      Honorable David H. Coar

Elgin Mental Health Center, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

     MINUTE entry before the Honorable David H. Coar: Status hearing held on 8/27/2008. Set deadlines as to motion to dismiss [28] : Responses due by 9/24/2008; Replies due by 10/15/2008. Motion to dismiss [28] is taken under advisement – ruling to issue by mail. Parties need not appear on 8/28/2008 for the presentment of #28.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.